**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Civil No. 04-4914 MJD/JJG**

| | |
|---|---|
| **GARY LEE BAKER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **JO ANNE B. BARNHART**, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |
| ) | |

APPEARANCES

George H. Smith, Esq. on behalf of Plaintiff

Lonnie F. Bryan, Esq., Assistant United States Attorney, on behalf of Defendant Jo Anne B. Barnhart

---

Based upon the Report and Recommendation by United States Magistrate Judge Jeanne J. Graham dated October 24, 2005; all the files, records and proceedings herein; and no objections having been filed to that Report and Recommendation;

**IT IS HEREBY ORDERED**:

(1) Plaintiff Gary Lee Baker's Motion for Summary Judgment (Doc. No. 13) is **DENIED**; and

(2) Defendant Commissioner's Motion for Summary Judgment (Doc. No. 16) is **GRANTED**.

Dated: December 19, 2005

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court